# GREHER LAW OFFICES, P. C.

WARREN GREHER
ANDREW N. GREHER
-------------------------------
F. BRYAN PAZ

ATTORNEYS AT LAW

1161 LITTLE BRITAIN ROAD, SUITE B
NEW WINDSOR, NEW YORK 12553

*THIS OFFICE DOES NOT ACCEPT SERVICE BY FACSIMILE OR E-MAIL*

Legal Assistants

JoAnn Olson

Amy L. Becker

Katie Boyd

(845) 567-1002

Fax  (845) 567-0025

E-mail Address:  warrengreher@hvc.rr.com

www.greherlaw.com

August 15, 2018

Attn:  Linda Dubois
Chambers, Hon. Cecelia G. Morris
United States Bankruptcy Court
355 Main Street
Poughkeepsie, NY 12601

*Re:  Gramazio d/b/a Electronic Eyes Inc. - Case No. 18-35831 (CGM)*

Dear Linda:

Please be advised that pursuant to Section 706 of the Bankruptcy Code, my client, Anthony Gramazio, requests that his Chapter 13 case be converted to a case under Chapter 7 of the Bankruptcy Code.

Respectfully yours,
**GREHER LAW OFFICES, P.C.**

*s/ Warren Greher*

Warren Greher, Esq.
*Signed electronically to avoid delay*

WG:alb
cc:  Krista M. Preuss, Chapter 13 Trustee
    United States Trustee
    All Creditors